■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRAVIS BEST, Appellant. [17 NYS3d 641]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Renee A. White, J.), rendered on or about April 30, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Acosta, J.P., Renwick, Moskowitz and Manzanet-Daniels, JJ.

■ In the Matter of CHANIZE L.B., Appellant, v LAMONT K.B., Respondent. [17 NYS3d 643]—

Appeal from order, Family Court, Bronx County (Paul A. Goetz, J.), entered on or about November 20, 2012, which, to the extent appealed from as limited by the briefs, granted petitioner's objection to a support magistrate's July 2, 2012 order to the extent of remanding the issue of the parties' responsibility for unreimbursed medical expenses, unanimously dismissed, without costs.

Because the issue regarding unreimbursed medical expenses was remanded to the Support Magistrate for reconsideration, petitioner is not an aggrieved party within the meaning of CPLR 5511 and the order appealed is not a final one (*see* Family Ct Act § 439 [e]). Concur—Acosta, J.P., Renwick, Moskowitz and Manzanet-Daniels, JJ.